# EXHIBIT A

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Amelia Gray Hamlin kisses a mystery man outside the club
Search Results: Displaying 1 of 1 entries

[previous] [next]

**Labeled View**

*\*EXCLUSIVE\* Amelia Gray Hamlin kisses a mystery man outside the club - set...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002120516 / 2018-09-08
**Application Title:** *EXCLUSIVE* Amelia Gray Hamlin kisses a mystery man outside the club - set number BGUS_1264511 - 10 images
**Title:** *EXCLUSIVE* Amelia Gray Hamlin kisses a mystery man outside the club - set number BGUS_1264511 - 10 images. [Group registration of published photographs. 10 photographs. 2018-06-16 to 2018-06-16]
**Description:** 10 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2018
**Publication Date Range:** 2018-06-16 to 2018-06-16
**Nation of First Publication:** United States
**Authorship on Application:** Salvador Ramos; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in June 2018 (10 photographs): 13378783, 13378784, 13378785, 13378786, 13378787, 13378788, 13378903, 13378904, 13378905, 13378906
**Names:** Ramos, Salvador
BackGrid USA, Inc.

[previous] [next]

| **Save, Print and Email (Help Page)** |
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

---

Help  Search  History  Titles  Start Over

2018-09-27 09:03:55                                                                 Page 1 of 2

*EXCLUSIVE* Amelia Gray Hamlin kisses a mystery man outside the club - set number BGUS_1264511 - 10 images

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2018-09-27 09:03:55                                                                 Page 2 of 2

*EXCLUSIVE* *EXCLUSIVE*Delilah and Amelia Hamlin take dad Harry out to lunch on Fathers day - set number BGUS_1265590 - 19 images

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* *EXCLUSIVE*Delilah and Amelia Hamlin take dad Harry out to lunch on
Search Results: Displaying 1 of 1 entries

**\*EXCLUSIVE\* \*EXCLUSIVE\*Delilah and Amelia Hamlin take dad Harry out to...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002122248 / 2018-09-14 |
| **Application Title:** | *EXCLUSIVE* *EXCLUSIVE*Delilah and Amelia Hamlin take dad Harry out to lunch on Father's day - set number BGUS_1265590 - 19 images |
| **Title:** | *EXCLUSIVE* *EXCLUSIVE*Delilah and Amelia Hamlin take dad Harry out to lunch on Father's day - set number BGUS_1265590 - 19 images. [Group registration of published photographs. 19 photographs. 2018-06-17 to 2018-06-17] |
| **Description:** | 19 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-06-17 to 2018-06-17 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gustavo Munoz; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in June 2018 (19 photographs): 13400099, 13400100, 13400101, 13400102, 13400103, 13400104, 13400105, 13400106, 13400107, 13400108, 13400109, 13400110, 13400111, 13400112, 13400113, 13400114, 13400115, 13400116, 13400117 |
| **Names:** | Munoz, Gustavo<br>BackGrid USA, Inc. |

2018-10-17 09:01:01

*EXCLUSIVE* *EXCLUSIVE*Delilah and Amelia Hamlin take dad Harry out to lunch on Fathers day - set number BGUS_1265590 - 19 images

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2018-10-17 09:01:01                                                                 Page 2 of 2

# Copyright
### United States Copyright Office

**The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.**

[Help] [Search] [History] [Titles] [Start Over]

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Amelia and Delilah Hamlin bundle up for a day in the LA
Search Results: Displaying 1 of 1 entries

[previous] [next]

[Labeled View]

### *EXCLUSIVE* Amelia and Delilah Hamlin bundle up for a day in the LA rain -...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002149126 / 2019-04-15 |
| **Application Title:** | *EXCLUSIVE* Amelia and Delilah Hamlin bundle up for a day in the LA rain - set number BGUS_1458584 - 9 images |
| **Title:** | *EXCLUSIVE* Amelia and Delilah Hamlin bundle up for a day in the LA rain - set number BGUS_1458584 - 9 images. [Group registration of published photographs. 9 photographs. 2019-01-16 to 2019-01-16] |
| **Description:** | 9 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-16 to 2019-01-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gustavo Munoz; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2019 (9 photographs): 18441241, 18441242, 18441243, 18441244, 18441245, 18441246, 18441247, 18441248, 18441249 |
| **Names:** | Munoz, Gustavo<br>BackGrid USA, Inc. |

[previous] [next]

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼]  [Format for Print/Save]

Enter your email address: [_____] [Email]

2019-05-06 09:00:29                                      Page 1 of 2

*EXCLUSIVE* Amelia and Delilah Hamlin bundle up for a day in the LA rain - set number BGUS_1458584 - 9 images

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2019-05-06 09:00:29

Page 2 of 2

EXHIBIT A

Page 15

*EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna and Kyle Richards - set number BGUS_1630212 - 46 images

# Copyright
### United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna and
Search Results: Displaying 1 of 1 entries

previous | next

Labeled View

*EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna...

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002171906 / 2019-09-16
**Application Title:** *EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna and Kyle Richards - set number BGUS_1630212 - 46 images
**Title:** *EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna and Kyle Richards - set number BGUS_1630212 - 46 images. [Group registration of published photographs. 46 photographs. 2019-06-19 to 2019-06-19]
**Description:** 46 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2019
**Publication Date Range:** 2019-06-19 to 2019-06-19
**Nation of First Publication:** United States
**Authorship on Application:** Hayk Arsham; Domicile: United States. Authorship: photographs.
**Rights and Permissions:** Jon Nicolini, 433 N Camden Dr., 6th Floor, Beverly Hills, CA, 90210, United States, (323) 745-8444, jon@okularity.com
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.
Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in June 2019 (46 photographs): 21717325, 21717326, 21717327, 21717328, 21717329, 21717330, 21717331, 21717332, 21717333, 21717334, 21717335, 21717336, 21717337, 21717338, 21717339, 21717340, 21717341, 21717342, 21717343, 21717344, 21717345, 21717346, 21717347, 21717348, 21717349, 21717350, 21717351, 21717352, 21717353, 21717354, 21717355, 21717356, 21717357, 21717358, 21717359, 21717360, 21717361, 21717362, 21717363, 21717364, 21717365, 21717366, 21717367, 21717479, 21717480, 21717481
**Names:** Arsham, Hayk
BackGrid USA, Inc.

previous | next

**Save, Print and Email (Help Page)**

Select Download Format [Full Record] Format for Print/Save

2019-10-03 09:00:26                                   Page 1 of 2

*EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna and Kyle Richards - set number BGUS_1630212 - 46 images

Enter your email address: [          ] Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2019-10-03 09:00:26                                             Page 2 of 2

A slimmer looking Lisa Rinna leaves a foot massage parlor in Sherman Oaks - set number BGUS_1792022 - 29 images

# Copyright
## United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = slimmer looking Lisa Rinna leaves a foot massage parlor in Sherman
Search Results: Displaying 1 of 1 entries

◀ previous | next ▶

Labeled View

*A slimmer looking Lisa Rinna leaves a foot massage parlor in Sherman Oaks - ...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002197513 / 2020-02-13 |
| **Application Title:** | A slimmer looking Lisa Rinna leaves a foot massage parlor in Sherman Oaks - set number BGUS_1792022 - 29 images |
| **Title:** | A slimmer looking Lisa Rinna leaves a foot massage parlor in Sherman Oaks - set number BGUS_1792022 - 29 images. [Group registration of published photographs. 29 photographs. 2019-11-18 to 2019-11-18] |
| **Description:** | 29 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-11-18 to 2019-11-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Luis Rodriguez; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in November 2019 (29 photographs): 24989091, 24989090, 24989089, 24989088, 24989087, 24989086, 24989085, 24989084, 24989083, 24989082, 24989081, 24989080, 24989079, 24989078, 24989077, 24989076, 24989075, 24989074, 24989073, 24989072, 24989071, 24989070, 24989069, 24989068, 24989067, 24989066, 24989065, 24989064, 24989063 |
| **Names:** | Rodriguez, Luis |
| | BackGrid USA, Inc. |

◀ previous | next ▶

**Save, Print and Email (Help Page)**

Select Download Format  Full Record  Format for Print/Save
Enter your email address:  Email

2020-08-12 13:23:54                                                                 Page 1 of 2

EXHIBIT A
Page 18

A slimmer looking Lisa Rinna leaves a foot massage parlor in Sherman Oaks - set number BGUS_1792022 - 29 images

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Case 2:21-cv-04779-MCS-E   Document 1-1   Filed 06/11/21   Page 12 of 13   Page ID #:20

*EXCLUSIVE* Lisa Rinna and her pretty family grab a bite and do some shopping in Malibu - set number BGUS_1976081 - 50 images



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Lisa Rinna and her pretty family grab a bite and do some shopping
Search Results: Displaying 1 of 1 entries

**Labeled View**

***EXCLUSIVE* Lisa Rinna and her pretty family grab a bite and do some...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002226318 / 2020-11-06 |
| **Application Title:** | *EXCLUSIVE* Lisa Rinna and her pretty family grab a bite and do some shopping in Malibu - set number BGUS_1976081 - 50 images |
| **Title:** | *EXCLUSIVE* Lisa Rinna and her pretty family grab a bite and do some shopping in Malibu - set number BGUS_1976081 - 50 images. [Group registration of published photographs. 50 photographs. 2020-08-10 to 2020-08-10] |
| **Description:** | 50 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-08-10 to 2020-08-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Adriano Camolese; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in August 2020 (50 photographs): 28599875, 28599874, 28599873, 28599872, 28599871, 28599870, 28599869, 28599868, 28599867, 28599866, 28599865, 28599864, 28599863, 28599862, 28599861, 28599860, 28599859, 28599858, 28599857, 28599856, 28599855, 28599854, 28599853, 28599852, 28599851, 28599850, 28599849, 28599848, 28599847, 28599846, 28599845, 28599844, 28599843, 28599842, 28599841, 28599840, 28599839, 28599838, 28599837, 28599836, 28599835, 28599834, 28599833, 28599832, 28599831, 28599830, 28599829, 28599828, 28599827, 28599826 |
| **Names:** | Camolese, Adriano<br>BackGrid USA, Inc. |



**Save, Print and Email (Help Page)**

2020-12-08 09:01:25                                                                                       Page 1 of 2

*EXCLUSIVE* Lisa Rinna and her pretty family grab a bite and do some shopping in Malibu - set number BGUS_1976081 - 50 images

| Select Download Format | Full Record ▼ | Format for Print/Save |

Enter your email address: [          ] Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2020-12-08 09:01:25

Page 2 of 2
EXHIBIT A
Page 21