# EXHIBIT B















__ https://www.instagram.com/stories/lisarinna/1958937992149391809/ __ at __ 2019-01-17 16:36:20 -08:00 __

Twinning

The girls in their @bleusalt Boat Coats. ❤️

© GAMR / BACKGRID

Sister act: Delilah Hamlin, 20, and Amelia Hamlin, 17, decided to amplify their family resemblance when they stepped out in trendy West Hollywood this week

EXHIBIT B
Page 28





