**AMENDED PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 7162 Beverly Boulevard, Suite 324, Los Angeles, CA 90036.

On August 26, 2021, I served the foregoing document(s) described as:

**PETITIONER'S FORM FL-130 INCOME AND EXPENSE DECLARATION**

On the interested parties to this action by placing a copy thereof in the U.S. Mail, and attached to an email, addressed as follows:

Michelanne Hubric
Arlington Avenue
Unit 212
Riverside, CA 92506

X (BY MAIL)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

(BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the above-named addressee(s).

X (BY ELECTRONIC MAIL)  I caused such documents to be delivered via e-mail to the offices of the addressee(s) at their respective e-mail addresses, listed here: MH@.hrubiclaw.com

Executed this 27th day of August, 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
David Berke

AMENDED PROOF OF SERVICE

AMENDED PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 7162 Beverly Boulevard, Suite 324, Los Angeles, CA 90036.

On August 27, 2021, I served the foregoing document(s) described as:

**PETITIONER'S FORM FL-130 INCOME AND EXPENSE DECLARATION**

On the interested parties to this action by placing a copy thereof in the U.S. Mail, and attached to an email, addressed as follows:

Michelanne Hubric
3576 Arlington Avenue
Unit 212
Riverside, CA 92506

X (BY MAIL)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

(BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the above-named addressee(s).

X (BY ELECTRONIC MAIL)  I caused such documents to be delivered via e-mail to the offices of the addressee(s) at their respective e-mail addresses, listed here: MH@.hrubiclaw.com

Executed this 27th day of August, 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_David Berke_

AMENDED PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 7162 Beverly Boulevard, Suite #324, Los Angeles, CA 90036.

On August 30, 2021, I served the following document(s) described as

**DEFENDANT LISA RINNA'S ANSWER TO COMPLAINT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Uleses C. Henderson, Jr.
ONE, LLP
9301 Wilshire Blvd.,
Penthouse Suite
Beverly Hills, CA 90210
uhenderson@onellp.com

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Encino, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

☒ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted by electronic mail to the person(s) set forth in the service list, at the following address: uhenderson@onellp.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 30, 2021, at Los Angeles, California.

David Berke

194214.1