UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-04779-MCS-E | Date | June 8, 2022 |
| Title | *Backgrid USA, Inc. v. Lisa Rinna et al.* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

Trial in this action is set to begin July 12, 2022, and the final pretrial conference is set for June 27, 2022. (Order Re: Jury Trial § I, ECF No. 23.) The parties' pretrial filings were due June 7, 2022, at the latest. (*See id.* § II(A).) To date, no pretrial filings have been submitted. The Court previously warned that failure to comply with these requirements could result in the vacation of the final pretrial conference and the imposition of sanctions. (*Id.* § II.)

The final pretrial conference is taken off calendar. The parties are ordered to show cause why sanctions should not be imposed for failure to comply with the pretrial filing requirements. Each party's counsel shall file a declaration by no later than June 24, 2022 explaining the reasons for their noncompliance. The Court will consider the filing of a notice of settlement or a stipulation of dismissal as an appropriate response to this Order to Show Cause. If no notice of settlement or stipulation of dismissal is filed, the Court will determine whether to impose sanctions or discharge the Order to Show Cause upon review of the declarations.

**IT IS SO ORDERED.**