Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Uleses C. Henderson, Jr. (Bar No. 225246)
uhenderson@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LISA RINNA, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-04779 MCS (Ex)<br>Hon. Mark C. Scarsi<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: June 11, 2021 |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the parties have agreed to settle this case with a full and final release of all claims and parties.

The parties intend to dismiss this case with prejudice by no later than July 15, 2022, and respectfully request that the Court vacate all deadlines and appearances pending dismissal.

Dated:  June 21, 2022               **ONE LLP**

By: /s/ Uleses C. Henderson, Jr.
    Uleses C. Henderson, Jr.
    Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

Dated:  June 21, 2022               **BERKESLAW**

By: /s/ David Berke
    David Berke

*Attorneys for Defendant,*
Lisa Rinna

**NOTICE OF SETTLEMENT**

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Uleses C. Henderson, Jr., attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Uleses C. Henderson, Jr.
Uleses C. Henderson, Jr.