AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION   ☐ APPEAL

COURT NAME AND LOCATION
United States District Court, Central District of California

| DOCKET NO. | DATE FILED |
|---|---|
| 2:21-cv-04779-MCS | 06/11/2021 |

| PLAINTIFF | DEFENDANT |
|---|---|
| BACKGRID USA, INC., a California corporation | LISA RINNA, an individual; and DOES 1-10, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA0002120516 | *EXCLUSIVE* Amelia Gray Hamlin kisses a mystery man outside the club - set number BGUS_1264511 - 10 images | Salvador Ramos |
| 2 VA0002122248 | *EXCLUSIVE* *EXCLUSIVE*Delilah and Amelia Hamlin take dad Harry out to lunch on Father's day - set number BGUS_1265590 - 19 images | Gustavo Munoz |
| 3 VA0002149126 | *EXCLUSIVE* Amelia and Delilah Hamlin bundle up for a day in the LA rain – set number BGUS_1458584 - 9 images | Gustavo Munoz |
| 4 VA0002171906 | *EXCLUSIVE* Khloe Kardashian and Kris Jenner exit a studio with Lisa Rinna and Kyle Richards - set number BGUS_1630212 - 46 images | Hayk Arsham |
| 5 VA0002197513 | A slimmer looking Lisa Rinna leaves a foot massage parlor in Sherman Oaks - set number BGUS_1792022 - 29 images | Luis Rodriguez |
| 6 VA0002226318 | *EXCLUSIVE* Lisa Rinna and her pretty family grab a bite and do some shopping in Malibu - set number BGUS_1976081 - 50 images | Adriano Camolese |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order   ☐ Judgment | ☐ Yes   ☒ No | 6/21/22 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry Gray | L Chai | 6/21/22 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
X 3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-04779-MCS-E | Date | June 21, 2022 |
| Title | BACKGRID USA, INC. V. LISA RINNA ET AL | | |

Present: The Honorable   Mark C. Scarsi , U. S. District Judge

| Stephen Montes Kerr | Not Reported; |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS)  ORDER DISMISSING ACTION (JS−6)

    The parties represent that they have settled or are in the process of settling the action. The Court **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE**. All hearings and deadlines are **VACATED**. The Court retains jurisdiction to vacate this Order and reopen the action within 45 days upon a request supported by a showing of good cause why the settlement cannot be completed within the 45-day period, explaining what further settlement processes are necessary and when the party or parties making the request reasonably expect the process to be concluded.

    This Order does not preclude the filing of a stipulation of dismissal with prejudice, which does not require the approval of the Court. Fed. R. Civ. P. 41(a)(1)(A). Such a stipulation shall be filed within 45 days unless otherwise ordered by the Court pursuant to a stipulation of the parties supported by good cause.

    **IT IS SO ORDERED.**

Initials of Clerk:   smo