Uleses C. Henderson, Jr. (Bar No. 225246)
uhenderson@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:   (310) 943-2085

Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 105-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff
Backgrid USA, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>LISA RINNA, an individual; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-04779 MCS (Ex)<br>Hon. Mark C. Scarsi<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

1 | Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Backgrid, USA Inc. voluntarily dismisses the above-captioned action with prejudice, with each side to bear its own fees and costs incurred.

Dated:  July 5, 2022                    **ONE LLP**

By:  */s/ Uleses C. Henderson* Jr.
        Uleses C. Henderson Jr.
        Peter R. Afrasiabi

        *Attorney for Plaintiff,*
        Backgrid USA, Inc

1
**NOTICE OF DISMISSAL WITH PREJUDICE**